No. 159. BOUIE ET AL. *v.* CITY OF COLUMBIA. Supreme Court of South Carolina. Certiorari granted. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry* and *Lincoln C. Jenkins, Jr.* for petitioners. *Daniel R. McLeod,* Attorney General of South Carolina, for respondent.

No. 167. BELL ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari granted. *Jack Greenberg, Constance Baker Motley, Derrick A. Bell, Jr.* and *Juanita Jackson Mitchell* for petitioners. *Thomas B. Finan,* Attorney General of Maryland, and *Loring E. Hawes,* Assistant Attorney General, for respondent.

No. 1053. NATIONAL LABOR RELATIONS BOARD *v.* SERVETTE, INC. C. A. 9th Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner.

No. 583, Misc. FERGUSON ET AL. *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted. Case transferred to the appellate docket. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 775, Misc. MASSIAH *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Case transferred to the